PER CURIAM.
Affirmed. Beckman v. Marshall, 85 So.2d 552 (Fla.1956); Cason v. Florida Power Co., 74 Fla. 1, 6-7, 76 So. 535, 536 (1917); Coffman Realty, Inc. v. Tosohatchee Game Preserve, Inc., 381 So.2d 1164 (Fla. 5th DCA 1980), affirmed, 413 So.2d 1 (Fla.1982); Willis v. L.W. Foster Sportswear Co., 352 So.2d 922, 923 (Fla. 2d DCA 1977); Page v. Staley, 226 So.2d 129 (Fla. 4th DCA 1969); Corbett v. Eastern Air Lines, Inc., 166 So.2d 196, 201 (Fla. 1st DCA 1964); Lee v. Florida Public Util. Co., 145 So.2d 299, 301 (Fla. 1st DCA 1962); Celebrity Studios, Inc. v. Civetta Excavating Inc., 72 Misc.2d 1077, 340 N.Y.S.2d 694 (App.Div.1973); Bove v. Donner-Hanna Coke Corp., 236 A.D. 37, 258 N.Y.S. 229 (1932).